IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFIK MOMIN, *et. al.*
      Plaintiffs

v.       : Civil Action No. CCB 02-CV-1158

MAGGIEMOO'S INTERNATIONAL, L.L.C.,
      Defendant.

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. the parties shall submit proposals to the court regarding an appropriate method of estimating a potential award of attorneys' fees no later than **June 28, 2002**; and

2. copies of this Order and the accompanying Memorandum shall be mailed to counsel of record.

6/11/02
Date

Catherine C. Blake
United States District Judge