IN THE UNITED STATES COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| RAFIK MOMIN and RAZMIN MOMIN | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. CCB-02-1158 |
| | § | |
| MAGGIEMOO'S INTERNATIONAL, L.L.C., | § | |
| | § | |
| Defendant. | § | |

**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL**

On this day came to be heard the Motion to Withdraw as Counsel filed by Kirt H. Kiester, wherein he seeks to withdraw as attorney for RAFIK MOMIN and RAZMIN MOMIN, Plaintiffs herein ("Plaintiffs"). The court finds that due notice was given to the Plaintiffs in the manner and form required by Local Rule 101(2)(a) and to the counsel of record for MAGGIEMOO'S INTERNATIONAL, L.L.C., Defendant herein. The Plaintiffs did not appear to contest the Motion. Having reviewed the Motion and considered the evidence and the arguments found therein, the Court is of the opinion that the Motion is well taken and should be granted. Therefore,

IT IS ORDERED THAT:

Kirt H. Kiester, and his firm Kiester & Lockwood, L.L.P., 611 West 14th Street, Suite 100, Austin, Texas 78701 are hereby given leave of court to withdraw as counsel for the Plaintiffs in this matter.

As of the date of the service of notice of this order, no further notices, papers or

pleadings may be made on Kirt H. Kiester on behalf of the Plaintiffs.

3. As of the date of service of notice of this order, all further notices, papers and pleadings may or must be served on the Plaintiffs pursuant to the provisions of Fed. R. Civ. Pro. 5 and that such service may be made on the Plaintiffs c/o 3417 Wavecrest Blvd., Austin, Texas 78728.

4. As of the date of service of notice of this order, all further telephonic contact with the Plaintiffs must be made at either the Plaintiffs' residence number of (512) 627-2345 or the Plaintiffs' cellular number (512) 845-1010.

5. Kirt H. Kiester is ordered to give written notice of this order to all parties to this action in addition to any notice of this order which may be given by the clerk. Kirt H. Kiester is specifically ordered to give notice of this order to the Plaintiffs at the address set forth above, and to file a certificate of service in the record of this cause showing the manner in which such notice was given to the Plaintiffs within ten (10) days of his receipt of this order from the Court.

SIGNED ON THIS, the __16__ day of __July__, 2002.

_____
UNITED STATES DISTRICT JUDGE