IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFIK MOMIN, et. al.

v.  : Civil Action No. CCB 02-CV-1158

MAGGIEMOO'S INTERNATIONAL, L.L.C.

## MEMORANDUM

On January 22, 2002, Rafik and Rozmin Momin filed suit against Maggiemoo's International, L.L.C. ("Maggiemoo's") in the 200th District Court of Travis County, Texas. The defendant removed this case to the United States District Court for the Western District of Texas, Austin Division, pursuant to 28 U.S.C. §§ 1332, 1441(a), and 1446. The Texas district court transferred the case to this court in accordance with an enforceable forum selection clause in the original agreement between the parties. The plaintiffs filed a motion to remand. On June 11, 2002, this court entered a Memorandum and Order allowing the parties fourteen days to submit a proposal regarding an appropriate method of estimating plaintiffs' likely attorneys' fees for purposes of determining diversity jurisdiction.

Subsequent to the court's Memorandum and Order (incorporated herein by reference), the court received correspondence from Kirt H. Kiester, plaintiffs' counsel of record. (*See* Letter from Kirt Kiester dated June 28, 2002.) Mr. Kiester informed the court that, after the case was transferred, plaintiffs advised him that they had retained other counsel and retrieved their original documents from his office. Thereafter, Mr. Kiester filed a Motion to Withdraw as Counsel of

1

Record. On July 9, 2002, the court entered an Order authorizing Mr. Kiester's withdrawal. On July 17, 2002, the Clerk of Court, in accordance with her normal procedures, sent a letter to the plaintiffs advising them that they were without counsel. To date, plaintiffs have failed to notify the court as to whether they will be proceeding *pro se*, or whether new counsel will be entering an appearance on their behalf. Plaintiffs also have not responded with a proposal for estimating attorneys' fees. Because the amount of attorneys' fees needed to establish diversity jurisdiction is only $6,000, and plaintiffs have not responded to the court's order directing them to suggest a means of showing that they have not incurred, nor will they incur, at least that amount, the court will deny plaintiffs' motion to remand. A separate order follows.

9/04/02
Date

Catherine C. Blake
United States District Judge