IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RAFIK MOMIN, *et. al.*

v.            : Civil Action No. CCB 02-CV-1158

MAGGIEMOO'S INTERNATIONAL, L.L.C.,

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. plaintiffs' motion to remand (docket # 6) is **DENIED**;

2. the scheduling order issued on June 11, 2002 remains in effect; and

3. copies of this Order and the accompanying Memorandum shall be sent to the plaintiffs and defendant's counsel of record.

_9/04/02_  
Date

_____  
Catherine C. Blake  
United States District Judge