```
                                            FILED
                                     U.S. DISTRICT COURT
          IN THE UNITED STATES DISTRICT COURT MARYLAND
              FOR THE DISTRICT OF MARYLAND
                                        2003 JAN -7  A 10: 42
```

RAFIK MOMIN, et al.          :         CLERK'S OFFICE
                             :          AT BALTIMORE
                             :
     v.                      :   Civil Action No. CCB-02-1158
                             :
                             :
MAGGIEMOO'S INTERNATIONAL,   :
L.L.C.                       :
                             :
                             :

## ORDER

For the reasons stated in the accompanying Memorandum, it is hereby Ordered that:

1. plaintiffs' motion for an extension of the discovery period (Docket No. 25) is **DENIED**, no good cause for the extension having been shown;

2. defendant's motion to strike plaintiffs' reply in support of their cross-motion for summary judgment (Docket No. 30) is **DENIED**;

3. defendant's motion for summary judgment (Docket No. 21) is **GRANTED**;

4. plaintiffs' cross-motion for summary judgment (Docket No. 24) is **DENIED**;

5. copies of this Order and the accompanying Memorandum shall be sent to counsel of record; and

6.   the clerk of the court shall **CLOSE** this case.

_January 7, 2003_
Date

_[signature]_
Catherine C. Blake
United States District Judge